IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 1 0 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| H. TERRY LEE | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. H-03-1752 |
| AKAL SECURITY, INC., and JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL, | ) |
| Defendants. | ) |

## ORDER DISMISSING CAUSE WITH PREJUDICE

Came to be considered the forgoing Motion to Dismiss Cause with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and submitted by the Plaintiff H. Terry Lee and Defendant John Ashcroft, Attorney General of the United States, and after consideration:

IT IS THE ORDER of the Court that the Cause of Action filed the above-styled and numbered cause by Plaintiff H. Terry Lee against Defendant John Ashcroft, Attorney General of the United States, is hereby DISMISSED with prejudice. The respective parties will each bear their own costs, fees, and expenses including attorney fees.

DONE this 9th day of JUNE, 2004 at Houston, Texas.

UNITED STATES DISTRICT JUDGE